IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JARRED RYAN CORKER,

  Defendant.

CRIMINAL FILE NO.
1:13-CR-57-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 26] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 15]. The police had probable cause to arrest the Defendant for reckless driving. The inventory search of the Defendant's automobile was legal. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 15] is DENIED.

SO ORDERED, this 30 day of September, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge